

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00032-CR

## EX PARTE MICHAEL TING-HUEI KUNG

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 13-02265-CRF-272-A**

## ORDER

The State's motion for extension of time to file brief filed on May 23, 2017 is granted. The brief is due by Friday, July 7, 2017.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed May 31, 2017

